IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEROME BEECHAM, | § § § | |
| *Plaintiff,* | § § § | SA-21-CV-00845-FB |
| vs. | § § § | |
| IRONCLAD ENERGY LLC, | § § § | |
| *Defendant.* | § § § § | |

## **ORDER**

Before the Court is the above-styled cause of action, which has been referred to the undersigned for all pretrial proceedings pursuant to Western District of Texas Local Rule CV-72 and Appendix C [#11]. On December 16, 2022, the Court received the parties' Joint Notice of Settlement and Motion to Stay All Deadlines [#37], which informs the Court that the parties have reached an agreement in principle to settle this litigation and moves to stay all deadlines for the next 60 days. Accordingly,

**IT IS HEREBY ORDERED** that the parties file a stipulation of dismissal on or before **February 14, 2023**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [#25], Defendant's Motion for Sanctions [#26], and Defendant's Supplemental Motion for Sanctions [#32] are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all current deadlines and settings are **VACATED** in light of the settlement.

**IT IS SO ORDERED.**

SIGNED this 19th day of December, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE