UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISON

| | |
|---|---|
| JEROME BEECHAM, | § § § § § § § § § § § § § § |
| Plaintiff, | CIVIL ACTION NO. 5:21-cv-845 |
| v. | |
| IRONCLAD ENERGY LLC, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jerome Beecham and Defendant Ironclad Energy LLC, (collectively, "the Parties"), by and through their attorneys, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes, and parties, with each party bearing that party's attorneys' fees and costs.

Dated: February 14, 2023								Respectfully submitted,

/s/ *Holt M. Lackey*
Holt Major Lackey
State Bar Number 24047763
hlackey@equalrights.law
J. Sebastian Van Coevorden
State Bar Number 24128101
svancoevorden@equalrights.law
ELLWANGER LAW LLLP
8310-1 N. Capital of Texas Hwy, Suite 190
Austin, Texas 78731
Phone: (737) 808-2260
Facsimile: (737) 808-2262

**ATTORNEYS FOR PLAINTIFF**


*/s/ William L. Davis*
William L. Davis
State Bar Number 05563800
william.davis@jacksonlewis.com
Raha Assadi
State Bar Number 24105444
raha.assadi@jacksonlewis.com
Jackson Lewis P.C.
500 N. Akard St., Suite 2500
Dallas, Texas  75201
Phone:  (214) 520-2400
Facsimile:  (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on February 14, 2023, with a copy of this document via the Court's CM/ECF system.

>                                                        */s/ Holt M. Lackey*
>                                                        Holt M. Lackey

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on this this 14th day of February 2023, the parties have conferred on this joint filing.

>                                                        */s/ Holt M. Lackey*
>                                                        Holt M. Lackey